UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL LITTLE,

    Petitioner,

v.                                                     Case No. 8:03-cv-712-T-23MSS

JAMES V. CROSBY, JR.,

    Respondent.
_____/

## **O R D E R**

Michael Little's "Request for Protection" (Doc. 60) is **DENIED**. Little seeks a transfer to another prison because of alleged acts of retaliation against him by correctional officers at his present place of confinement. The Florida Department of Corrections has the discretion to assign Little to a correctional institution of its choosing, and that decision is not reviewable in federal court. *See, e.g., Meachum v. Fano,* 427 U.S. 215 (1976), *Montanye v. Haymes*, 427 U.S. 236 (1976), and *Olim v. Wakinekona*, 461 U.S. 238 (1983). Moreover, this habeas corpus action is limited to determining the validity of Little's conviction and sentence, not Little's present conditions of confinement.

ORDERED in Tampa, Florida, on April 22, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

SA/ro