UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL LITTLE,

    Petitioner,

v.                                       Case No. 8:03-CV-712-T-23MSS

JAMES V. CROSBY, JR.,

    Respondent.
_____/

### ORDER

Little's "Motion for Rehearing & Reconsideration" (Doc. 74) is DENIED. His argument challenging the validity of the charging information is limited to the original information filed in 1977. As explained in the order (Doc. 72) dismissing Little's petition, Little prevailed in vacating the 1977 conviction and now stands incarcerated based on a 1981 conviction. Consequently, his argument of actual innocence of the 1977 conviction is irrelevant to his present confinement.

ORDERED in Tampa, Florida, on July 21st, 2005.

                                                     Steven D. Merryday
                                               UNITED STATES DISTRICT JUDGE

SA/ro